ORIGINAL

FORM 2
COVER SHEET

RECEIVED
OVER THE COUNTER
OCT 29 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

THE RAVENS GROUP, INC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Daryle A. Jordan

Firm Name: PATRICK HENRY, LLP

07-754 C

Post Office Box:

S

C 7619 Little River Tnpke, Suite340

T Firestone (Horn) Annandale, Virginia 22003

703.256.7754 (Tel.)

Is ... of Federal Claims Bar? 703.256.7883 (Fax) xx Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? xx Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 6

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M

See attached sheet for three-digit codes.

Amount Claimed: $ 2,060,281

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? xx Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ n/a

Is plaintiff a small business? xx Yes ☐ No

Vaccine Case:

Date of Vaccination: n/a

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes xx No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.