ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE RAVENS GROUP, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CFC No. 07-754 C

## RCFC 7.1 DISCLOSURE STATEMENT

**COMES NOW** The Ravens Group, Inc., by and through undersigned counsel, and hereby files this Disclosure Statement under Rule 7.1 of the Rules of the United States Court of Federal Claims.

No parent company or publicly held corporation owns 10% or more of The Ravens Group's stock.

Date: 10-26-07

Respectfully submitted,

By: [signature]

Daryle A. Jordan
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003
703.256.7754
703.256.7883 (fax)
Counsel for Plaintiff