IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE RAVENS GROUP, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | CFC No. 07-754 C |
| | ) | Judge Firestone |
| | ) | (ADR Judge Marian Blank Horn) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**ADR CONFIDENTIALITY AGREEMENT**

**COMES NOW** Plaintiff, The Ravens Group, Inc., and Defendant, The United States, by and through their undersigned counsel, and files this ADR Confidentiality Agreement. The Parties agree that all ADR proceedings, including statements made and documents prepared by any party, attorney, or other participant, are privileged and shall not be disclosed in any subsequent proceeding or document, or construed for any purpose as an admission against interest. However, information and documents not specifically prepared for or revealed in confidence in ADR, and otherwise discoverable and/or admissible, are discoverable and admissible as determined by the trial judge. The Parties further agree not to subpoena or seek in any way the oral or written testimony of the ADR judge for any purpose in this or any other proceeding, or to subpoena or seek in any way any materials submitted to the ADR judge during the ADR process for use in this or any other proceeding.

No Party shall be bound by anything said or done during ADR proceedings unless a settlement is embodied in a written agreement signed by all Parties.

DATED: February 12, 2008

Respectfully submitted,

/s/ Daryle A. Jordan

_______________________________

Daryle A. Jordan
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003
703.256.7754
703.256.7883 (Fax)
djordan@patrickhenry.net
Counsel for Plaintiff

/s/ Joseph A. Pixley

_______________________________

Joseph A. Pixley
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0843
(202) 307-0972 (Fax)
Joe.Pixley@usdoj.gov
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February 2008, I caused a copy of the foregoing ADR Confidentiality Agreement to be filed electronically. I understand that notice will be sent by the Court's electronic filing system to the following individual who can access the filing through the Court's system:

Counsel for the United States, Joseph A. Pixley, Esq., United States Department of Justice, Civil Division, Commercial Litigation Branch, 1100 L Street, N.W., Room 12072, Washington, DC 20530, Telephone No. (202) 307-0843 and Facsimile No. (202) 307-0972.

/s/ Daryle A. Jordan

Daryle A. Jordan