# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **THE RAVENS GROUP, INC.,** | |
| **Plaintiff,** | **No. 07-754C** |
| **v.** | **Filed: February 19, 2008** |
| **UNITED STATES,** | **cc: Judge Firestone** |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

An ADR Conference was held in the above-captioned case on February 19, 2008, with the parties appearing by telephone. The parties are commended for their willingness to explore settlement possibilities, which was reflected in the conference. At the close of the conference, the parties proposed to consult with their clients, and with each other, on the potential for settlement of the case. The parties further agreed to file a joint status report, on or before **Thursday, March 20, 2008**, indicating the parties' interest in pursuing settlement, to potentially include a face-to-face ADR Conference to be scheduled at the court with the undersigned ADR Judge, the attorneys of record, agency counsel, the contracting officer or other agency official with authority to settle, and a similar individual from The Ravens Group, Inc., with authority to settle. One party may file the joint status report with the consent of the other party. A copy of this order is being provided to the Presiding Judge.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**