IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE RAVENS GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-754C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the ADR Judge Horn's order of February 19, 2008, the parties respectfully submit this joint status report.

Counsel for the parties have discussed the case by telephone, but have not reached agreement on settlement possibilities at this time. Counsel for the parties have decided not to participate in an ADR procedure involving a third-party neutral at this time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Daryle A. Jordan
DARYLE A. JORDAN
Patrick Henry LLP
7619 Little River Turnpike, Suite 340
Annandale, Virginia 22003
tel: (703) 256-7754
fax: (703) 256-7883

Attorney for Plaintiff

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0843
Fax: (202) 307-0972

Attorneys for Defendant

March 20, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 20th day of March, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley