# In the United States Court of Federal Claims

**No. 07-754C**
**(Filed: April 11, 2008)**

* * * * * * * * * * * * * * * * * *

**THE RAVENS GROUP, INC,.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **SCHEDULES** the joint preliminary status conference for **Thursday, April 17, 2008 at 10:30 am eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (703) 256-7754); counsel for defendant at (202) 307-0843. The court will initiate the call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn