# In the United States Court of Federal Claims

**No. 07-754C**
**(Filed: April 18, 2008)**

* * * * * * * * * * * * * * * * *
*
**THE RAVENS GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Following the status conference with the parties on April 17, 2008, the court orders the following:

| | |
|---|---|
| **June 7, 2008** | The parties shall complete initial disclosures. |
| **April 7, 2009** | The parties shall complete all non-expert discovery, including required responses. |
| **April 21, 2009** | The parties shall file a joint status report setting forth the parties' proposals for next steps in the litigation. |

After receipt of the joint status report, the court will arrange a status conference by phone to discuss a schedule for resolution of the case. Expert discovery, if any, shall be stayed pending the outcome of the status conference.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge