IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE RAVENS GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-754C |
| ) | (Judge Firestone) |
| UNITED STATES, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, The Ravens Group, Inc. respectfully requests a 45 day enlargement of time, to and including April 16, 2012, for the parties to complete expert discovery, and conduct depositions of each other's expert witness. Plaintiff also moves the Court to allow the parties to file a joint status report after the close of expert discovery on April 20, 2012. As grounds for this request for enlargement, Plaintiff states as follows:

Pursuant to the Court's Scheduling Order, entered December 8, 2011, the parties were allowed until February 29, 2012, to complete discovery, including expert depositions.

From on or about December 15, 2011, through the present, Plaintiff Counsel's ("Counsel") has been preoccupied with serious family medical emergencies, resulting in the hospital admission of his spouse and mother, and the death of Counsel's mother. Counsel has also had to make arrangements for his mother's funeral and the settling of her affairs.

As a result of the aforementioned family emergencies, and related travel, Counsel has not been available to coordinate arrangements for expert discovery. In addition, there were no other attorneys within Counsel's law firm with the requisite case knowledge, history and background to adequately represent our client's interests during Counsel's absence. For these reasons, we request an enlargement until April 16, 2012, for the parties to complete expert discovery.

We have conferred with Government Counsel and the Government does not oppose this request. This request is not being made for purpose of undue delay nor for any improper purpose.

Counsel also requests that the parties be allowed to file another joint status report on April 20, 2012.

WHEREFORE, The Ravens Group, Inc. respectfully requests this Honorable Court grant its motion for enlargement, and issue an order extending the date for the parties to complete expert discovery to April 16, 2012, and allowing the parties to file their next joint status report on April 20, 2012.

Dated: February 13, 2012                    Respectfully submitted,

                                            The Ravens Group, Inc.

                                            By Counsel

                                            /s/ Daryle A. Jordan
                                            _____

DARYLE A. JORDAN
PATRICK HENRY LLP
7619 Little River Turnpike,
Suite 340
Annandale, Virginia 22003
Tele: (703) 256-7754
Fax:  (703) 256-7883
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2012, a copy of the foregoing Plaintiff's Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, a copy was provided to Joseph A. Pixley electronically via email at: Joe.Pixley@usdoj.gov.

/s/ Daryle A. Jordan
_____
Daryle A. Jordan